RECEIVED
IN LAKE CHARLES, LA.

JUN - 8 2015

TONY R. MOORE, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2: 14 CR 00209 |
| VS. | : | JUDGE MINALDI |
| JUSTIN COREY THURSTON | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a de novo determination of the issues, considering that no objections were filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the GUILTY PLEA entered by the defendant, Justin Corey Thurston, on April 30, 2015 before Magistrate Judge Kathleen Kay is ACCEPTED by the court, pursuant to the provisions of F.R.Cr.P. 11.

IT IS ORDERED that the Probation Department prepare a Presentence Report. Sentencing shall be held on the __6th__ day of __August__ 2015, at __10:30__ AM before the undersigned.

Lake Charles, Louisiana, this __6__ day of __June__, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE